In re MODEL INCUBATOR CO.

Appeal of QUEEN CITY FOUNDRY CO., Inc.

(Circuit Court of Appeals, Second Circuit. December 11, 1918.)

No. 101.

BANKRUPTCY ☞467—REVIEW ON APPEAL—FINDINGS OF FACT.
    A finding of facts by a referee, concurred in by the District Court, will not be disturbed by the appellate court.

Appeal from the District Court of the United States for the Western District of New York.

In the matter of the bankruptcy of the Model Incubator Company. From an order of the District Court, the Queen City Foundry Company, Incorporated, appeals. Affirmed.

Gibbons & Pottle, of Buffalo, N. Y. (Frank Gibbons, of Buffalo, N. Y., of counsel), for appellant.

Paul Sheehan, of Buffalo, N. Y., for appellee.

Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. This record shows that on a vital question of fact, viz. whether assuming fraudulent representation on the bankrupt's part the petitioner was in the least misled or influenced thereby, both the referee and the District Court found the fact to be against petitioner's contention. As we remarked in a somewhat similar case, the trial court "had the advantage of seeing and hearing the witnesses, and his finding upon the facts should not be disturbed." In re K. Marks & Co., 218 Fed. 455, 134 C. C. A. 255.

In this instance we are in entire accord with the finding below, and therefore affirm the order appealed from, with costs.

---

☞For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes